IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MAYRA ENCARNACION MAR** a/k/a | : | **NO. 15-3978** |
| **MAYRA ENCARNACION MARIN** a/k/a | : | |
| **MAYRA I. ENCARNACION MARIN** | : | |

## ORDER

**AND NOW**, this 2nd day of December, 2015, upon consideration of the Motion for Service by Posting Property and Certified Mail (Document No. 2), it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the plaintiff shall serve the defendant personally with the summons and a copy of the Complaint no later than **December 31, 2015**, or this action will be dismissed without prejudice.

   /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.